JS - 6

# UNITED STATES DISTRICT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | | |
|---|---|---|
| OAKLEY, INC., et al., | ) | CASE NO. SACV 10-0307-JVS (ANx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | ) | |
| SMARTBUY GLASSES INTERNATIONAL OPTICAL GROUP, et al. | ) | |
| Defendant. | ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATE: November 12, 2010

_____
James V. Selna
United States District Judge