JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **OAKLEY, INC.,** a Washington corporation, and **OAKLEY SALES CORP.,** a Washington corporation,<br><br>　　　　Plaintiffs,<br>vs.<br><br>**SMARTBUY GLASSES INTERNATIONAL OPTICAL GROUP,** a company existing under the laws of the United Kingdom; **SMARTBUYGLASSES.COM**, an unknown entity;  **DOMAINS BY PROXY, INC.**, an Arizona corporation, and **MOTION GLOBAL LTD**., a Hong Kong entity<br><br>　　　　Defendants. | CASE #  SACV10-00307 JVS (ANx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

　　　　This case having come before this Court, upon the pleadings, and it being represented to the Court that Plaintiffs Oakley, Inc. and Oakley Sales Corp. and Defendants have settled their differences with respect to the matters in dispute by way of a separate agreement between the parties.  On the consent of the parties and their attorneys, and good cause having been shown,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED**:

That all claims, counterclaims and defenses of Oakley, Inc., Oakley Sales Corp., and Defendants are dismissed with prejudice.

IT IS HEREBY ORDERED.

DATED: November 15, 2010

_____
JUDGE, U.S. District Court